**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**BENITO MOSQUEDA,**

      **Plaintiff,**

**CASE NO.: 8:15-cv-2694-T-23TBM**

vs.

**BARTOW FORD CO., A FLORIDA**
**PROFIT CORPORATION**

      **Defendant.**

_____/

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND**
**CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's interested persons order:

1.) the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporation, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

1. Benito Mosqueda– Plaintiff
2. Richard Celler, Esquire – Counsel for Plaintiff
3. Richard Celler Legal, P.A.-Counsel for Plaintiff
4. Bartow Ford Co. - Defendant

2.) the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

1. None known.

2. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

1. None other than the persons identified in above.

3. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

4. Benito Mosqueda – Plaintiff

I hereby certify that I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated this 24th day of November, 2015.

Respectfully submitted,

**/s RICHARD CELLER**
RICHARD CELLER, ESQ.
Florida Bar No.0173370
RICHARD CELLER LEGAL, P.A.
7450 Griffin Road, Suite 230
Davie, Florida 33314
Telephone: (866) 344-9243
Facsimile:  (954) 337-2771
E-mail: richard@floridaovertimelawyer.com

*Trial Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 24th day of November, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and a copy via U.S. Mail to:

BARTOW FORD CO.
ROBLES, BENJAMIN J., Sr. - REGISTERED AGENT
2800 US HWY 98 NORTH
BARTOW, FL 33830

                                                **/s Richard Celler, Esq.**
                                                Richard Celler, Esq